IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LATISHA and DENNIS ROSS, individually and on behalf of their daughter, CR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:08-cv-22 |
| KNOX COUNTY, NORWOOD ELEMENTARY, BOARD OF EDUCATION, JANIE KNIGHT, as Principal, in her individual and official capacity as Principal, CARL WHIPPLE, as Assistant Principal, in his individual and official capacity, DANA WARRINGTON, as a Teacher in her individual and official capacity, and ROY MULLINS as superintendent, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JANIE KNIGHT, CARL WHIPPLE AND DANA WARRINGTON IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES

The attorney for Plaintiffs and the attorneys for the Defendants hereby appear and announce that a voluntary dismissal with prejudice as to Janie Knight, Carl Whipple, and Dana Warrington, in their individual and official capacities, should be entered pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The dismissal with prejudice of Janie Knight, Carl Whipple, and Dana Warrington, in their individual and official capacities, shall not affect the remaining party. The case will remain as to the Knox County Board of Education. It is therefore,

ORDERED that Plaintiffs' Complaint against Defendants Janie Knight, Carl Whipple, and Dana Warrington, in their individual and official capacities shall be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). The case shall remain as to the Knox County Board of Education.

ENTER this 26th day of Oct., 2009.

_____
UNITED STATES DISTRICT JUDGE


APPROVED FOR ENTRY:


/s Michael S. Shipwash, BPR No. 019173
by /s Nathan D. Rowell with permission
MICHAEL S. SHIPWASH
*Counsel for Plaintiffs*
Law Office of Michael Shipwash
8079 Kingston Pike, Suite O
Knoxville, Tennessee 37919
(865) 691-4454


/s Nathan D. Rowell, BPR No. 017545
NATHAN D. ROWELL
*Counsel for Defendants, Janie Knight, Carl Whipple,
and Dana Warrington, in their individual capacities*
Watson, Roach, Batson, Rowell & Lauderback, PLC
1500 Riverview Tower
900 S. Gay Street
Knoxville, TN 37902
(865)637-1700

2

/s Susan E. Crabtree, BPR No. 010835
by /s Nathan D. Rowell with permission
SUSAN E. CRABTREE
*Counsel for Defendant Knox County, Board of Education, Janie Knight, Carl Whipple,
and Dana Warrington, in their official capacities*
Knox County Law Department
400 W. Main Street, Suite 612
Knoxville, TN 37902
(865) 215-2327

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

    Michael S. Shipwash
    8079 Kingston Pike Suite O
    Knoxville, Tennessee 37919

    Susan E. Crabtree
    Deputy Law Director
    KNOX COUNTY LAW DEPARTMENT
    Suite 612 City-County Building
    400 Main Street
    Knoxville, Tennessee 37902-2405

    /s Nathan D. Rowell, BPR No. 017545
    NATHAN D. ROWELL

3