IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LATISHA AND DENNIS ROSS, individually and on behalf of their daughter, CR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:08-CV-022 |
| KNOX COUNTY BOARD OF EDUCATION, JANIE KNIGHT, as Principal, in her individual and official capacity as Principal, CARL WHIPPLE, as Assistant Principal, in his individual and official capacity, DANA WARRINGTON, as a Teacher in her individual and official capacity, and ROY MULLINS, as Superintendent, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

This matter having come before this Honorable Court on the Joint Motion for Order Approving Minor's Settlement and supporting Affidavits of Latisha and Dennis Ross,

IT IS FOUND that said proposed settlement is reasonable and in the best interest of the Plaintiff minor CR;

IT IS THEREFORE ORDERED that said Joint Motion be and hereby is granted, that the proposed settlement set forth in said Joint Motion be and hereby is approved and made a part of the judgment of the Court and constitutes a full release and satisfaction of all claims which the Plaintiff may have or hereafter claim against the Defendants arising out of the incidents described in the Complaint filed in this action; and

IT IS FURTHER ORDERED that the above-styled cause is dismissed with prejudice.

Court costs shall be paid jointly by the Plaintiffs and Knox County Board of Education.

ENTERED this 19th day of Nov, 2009.

*Thomas W. Phillips*

Hon. Thomas W. Phillips
U.S. District Judge